# RECONSIDERATION DOCKET

**96–285. State v. Eley.**
Mahoning App. No. 87 C.A. 122. Reported at 77 Ohio St.3d 174, 672 N.E.2d 640. On motion for reconsideration. Motion denied.

**96–1382. Hughes v. Cleveland.**
Cuyahoga App. No. 68869. Reported at 77 Ohio St.3d 1469, 673 N.E.2d 135. On motion for reconsideration. Motion denied.

**96–1546. Am. Express Travel Related Serv. v. Mandilakis.**
Cuyahoga App. No. 68783. Reported at 77 Ohio St.3d 1481, 673 N.E.2d 142. On motion for reconsideration. Motion denied.
    LUNDBERG STRATTON, J., dissents.

**96–1572. VFW Post 4235 v. Ohio Liquor Control Comm.**
Miami App. No. 95CA42. Reported at 77 Ohio St.3d 1471, 673 N.E.2d 136. On motion for reconsideration. Motion granted and discretionary appeal allowed; *sua sponte,* cause held for the decision in 96–1270 and 96–1271, *VFW Post 1238 v. Ohio Liquor Control Comm.,* Huron App. No. H–95–065; briefing schedule stayed.
    DOUGLAS, RESNICK and PFEIFER, JJ., dissent.

**96–1592. AirTouch Paging v. Tracy.**
Franklin App. No. 95APE11–1549. Reported at 77 Ohio St.3d 1471, 673 N.E.2d 136. On motion for reconsideration. Motion denied.
    MOYER, C.J., F.E. SWEENEY and PFEIFER, JJ., dissent.

**96–1664. State ex rel. Hall v. Anderson.**
Richland App. No. 96CA50. Reported at 77 Ohio St.3d 1472, 673 N.E.2d 137. On motion for reconsideration. Motion denied.

**96–1667. Jacob v. Grant Life Choices Fitness Ctr.**
Franklin App. No. 95APE12–1633. Reported at 77 Ohio St.3d 1482, 673 N.E.2d 143. On motion for reconsideration. The motion fails for want of four votes on the following vote:
    MOYER, C.J., COOK and LUNDBERG STRATTON, JJ., vote no.
    DOUGLAS, F.E. SWEENEY and PFEIFER, JJ., vote yes.
    RESNICK, J., not participating.

**96–1717. Pavlides v. Niles Gun Show, Inc.**
Stark App. No. 1995CA00207. Reported at 77 Ohio St.3d 1473, 673 N.E.2d 138. On motion for reconsideration. Motion denied.
    MOYER, C.J., and LUNDBERG STRATTON, J., dissent.
On motion for leave to file brief *amicus curiae* for reconsideration. Motion denied.
    LUNDBERG STRATTON, J., dissents.

**96–1830. McBroom v. Franklin Cty. Bd. of Elections.**
Franklin App. No. 96APE01–53. Reported at 77 Ohio St.3d 1485, 673 N.E.2d 145. On motion for reconsideration. Motion denied.

**96–1861. Kniskern v. Somerford Twp.**
Franklin App. Nos. 95API09–1164 and 95API09–1169. Reported at 77 Ohio St.3d 1485, 673 N.E.2d 145. On motion for reconsideration. Motion denied.
    DOUGLAS, RESNICK and F.E. SWEENEY, JJ., dissent.